United States District Court
Southern District of Texas
**ENTERED**
November 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| OSCAR BASDEN, | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 3:17-CV-00258 |
| ENTERPRISE PRODUCTS COMPANY, | § § § | |
| Defendant. | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Motion to Dismiss with Prejudice filed by Plaintiff Oscar Basden and Defendant Enterprise Products Company, dismissal of this action is hereby GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all of the Plaintiff's claims in this action are hereby DISMISSED WITH PREJUDICE to refiling, with each party to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close this civil action.

SIGNED at Galveston, Texas, this 29th day of November 2018.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE